UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-21398-CIV-MARTINEZ

JASON HANDELSMAN,

    Plaintiff,

v.

CARDONE TRAINING TECHNOLOGIES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the Parties' Stipulation of Dismissal With Prejudice, (ECF No. 24). Accordingly, it is:

**ORDERED and ADJUDGED** that this action is **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to mark this case as **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of December, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record